**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7088

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TYRONE SMALLWOOD,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Retired District Judge.  (1:03-cr-00245-TSE-2)

Submitted:  April 30, 2025                                  Decided:  June 26, 2025

Before WILKINSON, GREGORY, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Smallwood, Appellant Pro Se.  Alexander Edward Blanchard, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Smallwood appeals the district court's order denying his motion for a sentence reduction pursuant to Section 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Smith*, No. 1:03-cr-00245-TSE-2 (E.D. Va. Sept. 29, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
